UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on July 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Josephine Cook

Case No.: 16-23653

Hearing Date: 8/9/2017 @ 10:00 am

Judge: Michael B. Kaplan

Chapter: 13

# ORDER TO SHOW CAUSE
## WHY THE MOTION SHOULD NOT BE DENIED OR THE DOCUMENT STRICKEN FOR FAILURE TO COMPLY WITH THE COURT'S DIRECTIVE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 25, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted that  Denise E. Carlon  was directed to file:

ORDER TO BE SUBMITTED  (#29 Motion for Relief From Stay)  and that the document has not been filed, it is hereby

ORDERED that  Denise Carlon  shall show cause on  August 9, 20017  at  10:00 a.m.  in the United States Bankruptcy Court,  402 East State Street, Trenton , New Jersey, Courtroom number  8 , before the Honorable  Michael B. Kaplan  why the:

- ☐ motion should not be denied,

- ☒ pleading should not be stricken.

*new 9/10/07*