UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on July 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Josephine Cook

| | |
|---|---|
| Case No. | 16-23653 |
| Hearing Date: | 8/9/2017 @ 10:00 am |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

## ORDER TO SHOW CAUSE
## WHY THE MOTION SHOULD NOT BE DENIED OR THE DOCUMENT
## STRICKEN FOR FAILURE TO COMPLY WITH THE COURT'S DIRECTIVE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 25, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted that _Denise E. Carlon_ was directed to file: ORDER TO BE SUBMITTED (#29 Motion for Relief From Stay) and that the document has not been filed, it is hereby

ORDERED that _Denise Carlon_ shall show cause on _August 9, 20017_ at _10:00 a.m._ in the United States Bankruptcy Court, _402 East State Street, Trenton_, New Jersey, Courtroom number _8_, before the Honorable _Michael B. Kaplan_ why the:

- ❏ motion should not be denied,
- ☒ pleading should not be stricken.

*new 9/10/07*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-23653-MBK
Josephine Cook                                                      Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 25, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2017.
db             +Josephine Cook,    88 Beacon Blvd,    Keansburg, NJ 07734-1936

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2017 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Brian E Caine    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Association, as Successor
               Trustee to Citibank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2007-2,
               Asset Backed Certificates, Series 2007-2 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the CWABS, Inc., Asset-Backed Certificates, Series 2007-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Debtor Josephine   Cook cerbonelawfirm@aol.com
                                                                                               TOTAL: 6