UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

JAMES J. CERBONE, ESQUIRE- 4036
2430 HIGHWAY 34
BUILDING B, SUITE 22
WALL, NEW JERSEY 08736
(732) 681-6800
Attorney for Debtor
JOSPEHINE COOK

In Re:

JOSEPHINE COOK

**Order Filed on December 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: _____16-23653_____

Hearing Date: _____

Judge: _____Michael B Kaplan_____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: December 19, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

It is ORDERED that _____James J. Cerbone, Esquire_____, the applicant, is allowed a

fee of $ _____400.00_____ for services rendered as set forth in applicant's *Certification of*

*Debtor's Counsel Supporting Supplemental Chapter 13 Fee*. The allowance shall be payable:

☑      Through the chapter 13 plan as an administrative priority.

❑      Outside the plan.

Local Form 14; revised May 23, 2002