UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

JAMES J. CERBONE, ESQUIRE- 4036
2430 HIGHWAY 34
BUILDING B, SUITE 22
WALL, NEW JERSEY 08736
(732) 681-6800
Attorney for Debtor

Order Filed on July 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOSEPHINE COOK

Case No.: 16-23653

Hearing Date:

Judge: Michael B Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: July 20, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

It is ORDERED that _____James J. Cerbone, Esquire_____, the applicant, is allowed a fee of $ _____600.00_____ for services rendered as set forth in applicant's *Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee*. The allowance shall be payable:

- ☑ Through the chapter 13 plan as an administrative priority.
- ❏ Outside the plan.

Local Form 14; revised May 23, 2002