Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−23653−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Josephine Cook
   88 Beacon Blvd
   Keansburg, NJ 07734

Social Security No.:
   xxx−xx−6042

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/25/18 at 09:00 AM

to consider and act upon the following:

*69* − Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: re: 88 Beacon Blvd, Keansburg, NJ, 07734. Fee Amount $ 181. filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee for the CWABS, Inc., Asset−Backed Certificates, Series 2007−1, 39 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of THE BANK OF NEW YORK MELLON, Et Al.... Objection deadline is 08/22/2018. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

Dated: 8/23/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court