Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.:  16−23653−MBK
    Chapter:  13
    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Josephine Cook
   88 Beacon Blvd
   Keansburg, NJ 07734

Social Security No.:
   xxx−xx−6042

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/26/19 at 09:00 AM

to consider and act upon the following:

*80* − Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: re: 88 Beacon Blvd, Keansburg, NJ, 07734. Fee Amount $ 181. filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee for the CWABS, Inc., Asset−Backed Certificates, Series 2007−1, 69 Creditor's Certification of Default filed by Creditor THE BANK OF NEW YORK MELLON, Et Al..., 74 Order (Generic)) filed by Denise E. Carlon on behalf of THE BANK OF NEW YORK MELLON, Et Al.... Objection deadline is 01/16/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

Dated: 1/17/19

                          Jeanne Naughton
                          Clerk, U.S. Bankruptcy Court