Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 16−23653−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Josephine Cook
   88 Beacon Blvd
   Keansburg, NJ 07734

Social Security No.:
   xxx−xx−6042

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/26/19 at 09:00 AM

to consider and act upon the following:

*80* − Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: re: 88 Beacon Blvd, Keansburg, NJ, 07734. Fee Amount $ 181. filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee for the CWABS, Inc., Asset−Backed Certificates, Series 2007−1, 69 Creditor's Certification of Default filed by Creditor THE BANK OF NEW YORK MELLON, Et Al..., 74 Order (Generic)) filed by Denise E. Carlon on behalf of THE BANK OF NEW YORK MELLON, Et Al.... Objection deadline is 01/16/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

Dated: 1/17/19

                                         Jeanne Naughton
                                         Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Josephine Cook  
      Debtor

Case No. 16-23653-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 17, 2019  
                Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2019.  
db        +Josephine Cook,    88 Beacon Blvd,    Keansburg, NJ 07734-1936

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                      TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2019 at the address(es) listed below:  
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Albert   Russo    docs@russotrustee.com  
          Brian E Caine    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...    bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com  
          Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2007-2, Asset Backed Certificates, Series 2007-2 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...    dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the CWABS, Inc., Asset-Backed Certificates, Series 2007-1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          James J. Cerbone    on behalf of Debtor Josephine   Cook cerbonelawfirm@aol.com,   cerbonejr83307@notify.bestcase.com

                                                                  TOTAL: 7